The only errors alleged were, the verdict was against the weight of evidence, and that the motion for new trial was improperly denied. *Held*, that an appeal cannot be entertained in this court upon either of these grounds.

*G. L. Sessions* for the appellant.

*L. Seymour* for the respondent.

LEONARD, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.

———

WILLIAM C. BUSH, Respondent, *v.* THE ROCHESTER CITY BANK et al., Appellants.

(Argued May 18, 1871; decided September term, 1871.)

ACTION to foreclose mortgage made by James M. Demarest to Horace F. Bush, and assigned to plaintiff. At the same time the mortgage was executed, Bush executed another mortgage to the Rochester City Bank. The bank foreclosed its mortgage, bid in the property and conveyed it by quit-claim deed to defendants Campbell and Clark. The bank, and Campbell and Clark, put in answers, claiming the bank mortgage was to have priority. The court found it had no priority, but that there was an equality of lien, and ordered sale for the payment of both mortgages. The bank only appealed. *Held*, that the bank had no interests affected by the judgment, and had therefore no right to appeal.

*James L. Angle* for the appellants.

*James C. Cochrane* for the respondent.

GRAY, HUNT and EARL, CC., read for affirmance.
All concur.
Judgment affirmed, with costs.